UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| James Davis, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 15-cv-14182 GAO |
| | * | |
| Ditech Financial LLC, | * | |
| | * | |
| Defendant. | * | |

ORDER OF DISMISSAL

June 6, 2016

O'Toole, D.J.

Pursuant to the court's Order issued on, 06/06/2016 [#20] GRANTING the Parties Joint Motion to Dismiss Case without Prejudice, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge